# EXHIBIT "B"

HCCS REALTY, LLC

Plaintiff

vs

UTICA NATIONAL INSURANCE GROUP

Defendant

20231006083200

Superior Court Of New Jersey

MERCER Venue

Docket Number: MER L 1864 23

**Person to be served** (Name and Address):
UTICA NATIONAL INSURANCE GROUP
180 GENESEE STREET
NEW HARTFORD NY 13413
**By serving:** UTICA NATIONAL INSURANCE GROUP

**Attorney:** LARRY E. HARDCASTLE, II, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:** [X] Served Successfully  [ ] Not Served

Date/Time: 10/12/23   2:05 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:
Daniel Hammond
E&O Claim Supervisor

**Description of Person Accepting Service:**
SEX: Male  AGE: 50-55  HEIGHT: 5'10"  WEIGHT: 175  SKIN: White  HAIR: grey  OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

To Be Used Where Electronic Signature Not Available
**Served Data:**
Subscribed and Sworn to me this
17th day of October, 2023
Notary Signature: Donna R Peroni

Name of Notary          Commission Expiration
DONNA R. PERONI
Notary Public in the State of New York
Qualified in Oneida County 01PE6220886
My Commission Expires April 19, 2023

**Docusign Court Approved E-Signature**
I, Thomas Dwyer, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   10/17/2023
Date

Name of Private Server  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952