IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HCCS REALTY, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UTICA MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Civil Action No. 3:23-CV-21978 |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that the above-captioned matter shall be and hereby is dismissed with prejudice and without cost.

| **LANCIANO & ASSOCIATES, L.L.C.** | **McANGUS GOUDELOCK & COURIE LLC** |
|---|---|
| By:　s/ Larry E. Hardcastle, II<br>　　Larry E. Hardcastle, II<br>　　2 Route 31 North<br>　　Pennington, New Jersey 08534<br>　　(609) 452-7100<br>　　lhardcastle@lancianolaw.com<br><br>*Counsel for the Plaintiff* | By:_____<br>　　Joseph G. Grady<br>　　2000 Market Street, Suite 2850,<br>　　Philadelphia, PA 19103<br>　　(484) 406-4200<br>　　joe.grady@mgclaw.com<br><br>*Counsel for Defendant* |

Dated: March 21, 2025

**SO ORDERED**

_____
Robert Kirsch, U.S.D.J.
Date: 3/24/25